# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Edward E. Urbanek,                  Case No. 0:21-cv-2352 (KMM/HB)

           Petitioner,

v.

                              **ORDER**

Jodi Harpstead, Commissioner of Human
Services, et al.,

           Defendants.

This matter is before the Court on the Report and Recommendation (R&R) of United Magistrate Judge Hildy Bowbeer, dated February 3, 2022. No objections to that R&R have been filed in the time period permitted.

The Court reviews *de novo* any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, __ F. Supp. 3d ___, 2021 WL 4444813, at *1 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the Magistrate Judge's R&R, as well as all the files, records, and proceedings herein, the Court concludes that the Magistrate Judge committed no error, clear or otherwise.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**;

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED** as untimely;

3. Petitioner's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED** as moot;

4. Petitioner's motion for appointment of counsel [ECF No. 4] is **DENIED** as moot;

5. Petitioner's motions for an order to show cause [ECF Nos. 7, 10] are **DENIED** as moot;

6. This case is **DISMISSED WITH PREJUDICE**; and

7. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: March 18, 2022                                *s/Katherine Menendez*
                                                    Katherine Menendez
                                                    United States District Judge